## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Be Labs, Inc., | Case No. 1:18-cv-00625-RGA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| CradlePoint, Inc., Defendant. | |

### JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Defendant's Motion to Dismiss and Opening Brief in Support (D.I.s 7, 8), which is currently due on July 5, 2018. Subject to the Court's approval, the parties request the Plaintiff's time file its response to Defendant's Motion to Dismiss and Opening Brief be extended thirty days up to and including August 5, 2018. Defendant's time to file its reply brief shall be extended to August 23, 2018.

Counsel for Plaintiff and counsel for Defendant have also met and conferred regarding extending Plaintiff's time to respond to Defendant's Answer and Counterclaims. (D.I. 9). Subject to the Court's approval, the parties request that Plaintiff's time to file its response to Defendant's Answer and Counterclaims be extended two weeks up to and including July 23, 2018.

The reason for the requested extensions is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion and Counterclaims, consult with their clients, and consider an appropriate response. No party will be prejudiced by these brief extensions.

Dated: June 20, 2018                    Respectfully submitted,


                                        */s/Stamatios Stamoulis*
                                        **STAMOULIS & WEINBLATT LLC**
                                        Stamatios Stamoulis (#4606)
                                        stamoulis@swdelaw.com
                                        Richard C. Weinblatt (#5080)
                                        weinblatt@swdelaw.com
                                        Two Fox Point Centre
                                        6 Denny Road, Suite 307
                                        Wilmington, Delaware 19809
                                        Telephone: (302) 999-1540

                                        Isaac Rabicoff
                                        Kenneth Matuszewski
                                        RABICOFF LAW LLC
                                        73 W Monroe St
                                        Chicago, IL 60603
                                        773-669-4590
                                        isaac@rabilaw.com
                                        kenneth@rabilaw.com

                                        ***Attorneys for Plaintiff***
                                        ***Be Labs, Inc.***

                                        By: /s/ janderson@fr.com
                                        FISH & RICHARDSON P.C.
                                        Jeremy D. Anderson (No. 4515)
                                        222 Delaware Avenue, 17th Floor
                                        Wilmington, Delaware 19801
                                        (302) 658-5070 (Telephone)
                                        (302) 652-0607 (Facsimile)
                                        janderson@fr.com

                                        Neil J. McNabnay
                                        David B. Conrad
                                        Ricardo J. Bonilla
                                        William Collier
                                        Michael Vincent
                                        1717 Main Street, Suite 5000
                                        Dallas, Texas 75201
                                        mcnabnay@fr.com; conrad@fr.com;
                                        rbonilla@fr.com; collier@fr.com;
                                        vincent@fr.com

*Attorneys for Defendant CradlePoint, Inc.*

SO ORDERED this _____ day of _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE